IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BARRY NAKELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:04CV00820 |
| | ) | 1:04CV01079 |
| LINER YANKELEVITZ | ) | |
| SUNSHINE & REGENSTREIF, LLP, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

BEATY, Chief Judge.

For the reasons discussed in the Memorandum Opinion filed contemporaneously herewith, IT IS ORDERED that Liner Yankelevitz Sunshine & Regenstreif's Motions for Summary Judgment [Document #42 in 1:04CV00820 and Document #51 in 1:04CV01079] are hereby DENIED, and Barry Nakell's Motions for Summary Judgment [Document #41 in 1:04CV00820 and Document #30 in 1:04CV01079] are GRANTED.

IT IS FURTHER ORDERED that the parties shall file supplemental proposed jury instructions by January 4, 2007 limited to the claims remaining as a result of this ruling. In addition, IT IS FURTHER ORDERED that the parties shall submit briefs by January 4, 2007 calculating the amount Nakell is owed under the Agreements as a result of this ruling.

This, the 29 day of December, 2006.

James A. Beaty
United States District Judge